Loria Ann PATTERSON,
Plaintiff–Appellant,

v.

The AMERICAN KENNEL CLUB,
a/k/a American Kennel Club, In-
corporated, Defendant–Appellee.

Loria Ann Patterson, Plaintiff–
Appellant,

v.

The American Kennel Club, a/k/a
American Kennel Club, Incorpo-
rated, Defendant–Appellee.

Nos. 02–1502, 02–1503.

United States Court of Appeals,
Fourth Circuit.

Submitted June 27, 2002.

Decided Aug. 5, 2002.

Loria Ann Patterson, Appellant Pro Se.
Charles Matthew Keen, Sheri Lea Rober-
son, Ogletree, Deakins, Nash, Smoak &
Stewart, Raleigh, North Carolina, for Ap-
pellee.

Before WILKINS, MOTZ, and
TRAXLER, Circuit Judges.

PER CURIAM:

Loria Ann Patterson appeals the magis-
trate judge's order approving a discovery
plan relating to her claims under the
Equal Pay Act (No. 02–1502). She also
appeals the district court's order setting a
trial date (No. 02–1503). We dismiss the
appeal for lack of jurisdiction because the
orders are not appealable. This court may
exercise jurisdiction only over final orders,
28 U.S.C. § 1291 (1994), and certain inter-
locutory and collateral orders. 28 U.S.C.
§ 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen
v. Beneficial Indus. Loan Corp.*, 337 U.S.
541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949).
The orders here appealed are neither final
orders nor appealable interlocutory or col-
lateral orders.

We dismiss the appeals as interlocutory.
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED.*